1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL GONZALES,                    )    1:06-CV-01792-OWW-SMS-P
                                          )
12              Plaintiff,                )    ORDER TO SUBMIT APPLICATION TO
                                          )    PROCEED IN FORMA PAUPERIS
13                                        )    **OR** FILING FEE
        vs.                               )
14                                        )
     RODRIGUEZ, et al.,                   )
15                                        )
                                          )
16              Defendants.               )
                                          )
17

18          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42

19   U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed

20   in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS

21   HEREBY ORDERED that:

22          1. The Clerk's Office shall send to plaintiff the form for application to proceed in

23   forma pauperis.

24   ///

25

1

Dockets.Justia.com

1

       2.  Within **thirty (30) days** of the date of service of this order, plaintiff shall submit

2  a completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing

3  fee for this action.   Failure to comply with this order will result in a recommendation that this action

4  be dismissed.

5

6  IT IS SO ORDERED.

7  **Dated:     December 22, 2006**                          **/s/ Sandra M. Snyder**
   i0d3h8                                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25