1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  MICHAEL GONZALES,                    CASE NO. 1:06-cv-01792-OWW-SMS PC

10                          Plaintiff,    ORDER GRANTING PLAINTIFF'S MOTION
                                          FOR A THIRTY-DAY EXTENSION OF TIME
11        v.                              TO FILE AN OBJECTION

12  RODRIGUEZ, et al.,                    (Doc. 15)

13                          Defendants.
                                        /
14

15        Plaintiff Michael Gonzales ("plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 30, 2007, plaintiff filed

17  a motion seeking an extension of time to file an Objection to the Findings and Recommendations

18  filed on April 11, 2007.

19        Good cause having been shown, plaintiff's motion for a **thirty-day (30)** extension of time

20  to file an Objection is HEREBY GRANTED.

21

22  IT IS SO ORDERED.

23  **Dated:    June 1, 2007**                    _____/s/ Sandra M. Snyder_____
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1